UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>XNDX, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-37-MMA-WVG<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On March 27, 2019, the Court held a settlement conference in the above-captioned matter. Appearing on behalf of Plaintiff was Matthew Valenti and on behalf of Defendants was Peter Doody. The parties resolved this matter in its entirety.

Having consulted with the attorneys for the respective parties, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendants shall review the settlement agreement and shall timely submit any changes to Plaintiff. In the event that a dispute arises regarding the terms of the settlement agreement, the parties shall meet and confer and shall promptly notify the Court of any dispute that they are not able to resolve themselves. The settlement agreement shall be executed on or before **April 10, 2019**.

2. Any terms of the settlement agreement that require action prior to the dismissal of this case shall be complied with on or before **April 17, 2019**.

3. On or before **April 24, 2019**, the parties shall file a joint motion to dismiss this action in its entirety and with prejudice.

4. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the parties.

5. A telephonic settlement disposition conference is scheduled for **April 26, 2019**, at **8:30 A.M.** The Court shall initiate the call. **On or before April 25, 2019,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

Dated:  March 27, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge